**Marcus CUMMINGS,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. ED 78007.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 23, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 12, 2001.

Lisa M. Stroup, Asst. Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follet, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before MOONEY, P.J., SIMON and SULLIVAN, JJ.

*ORDER*

PER CURIAM.

Marcus Cummings (Appellant) appeals the trial court's denial of his Rule 24.035 [1] motion for postconviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court's judgment is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only.

We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

---

1. All rule references are to Mo.R.Crim.P. 2000, unless otherwise indicated.